FILED

2015 JUN 19 PM 3:38

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2015 Grand Jury

| UNITED STATES OF AMERICA, | CR No. 15-CR 15 00341 |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. §§ 2252A(a)(1), (b)(1): Transportation of Child Pornography; 18 U.S.C. §§ 2552A(a)(5)(B), (b)(2): Possession of Child Pornography] |
| KELLEY JAMES MORROW, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 2252A(a)(1), (b)(1)]

On or about May 26, 2015, defendant KELLY JAMES MORROW ("MORROW") knowingly transported and shipped an Apple laptop computer, serial number C02G721CDRJG, that contained child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), from the Republic of Singapore to the Central District of California using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography. The images of



child pornography transported by defendant MORROW include at least one of the following:

1. "20060101195449.jpg"
2. "J with dild-quicktime"

COUNT TWO

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about May 26, 2015, in Los Angeles County, within the Central District of California, defendant KELLY JAMES MORROW ("MORROW") knowingly possessed an Apple laptop computer, serial number C02G721CDRJG, that contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), involving a prepubescent minor or a minor who had not attained 12 years of age, that had been mailed, and shipped and transported using any means and facility of interstate and

//

foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography. The images of child pornography possessed by defendant MORROW include at least one of the following:

    1. "ewa311.jpg"
    2. "P1010006(2)_2.jpg"

A TRUE BILL

/S/
Foreperson

STEPHANIE YONEKURA
Acting United States Attorney

*[signature]* Scott Garringer
Deputy Chief, Criminal Division for:

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

ELIZABETH R. YANG
Assistant United States Attorney
Chief, Violent & Organized Crime Section

JUSTIN R. RHOADES
Assistant United States Attorney
Deputy Chief, Violent & Organized Crime Section

ROBYN K. BACON
Assistant United States Attorney
Violent & Organized Crime Section