# EXHIBIT 1

Jeffrey W. Whiting, Ph.D.
3201 Wilshire Boulevard
Suite 310
Santa Monica, California 90403
Telephone (310)828-2550
Facsimile (310)453-6565

May 18, 2016

Elizabeth Mullins
Certified Criminal Law Specialist
Law Offices of David Cantor
1 East Washington Street
Suite 1800
Phoenix, Arizona 85004

RE: **Kelly Morrow: Case No. CR-15-00341-SJO-1**

Dear Ms. Mullins:

I am writing you regarding Kelly James Morrow, Date of Birth: October 8, 1966.  What follows are the results of the Psychological Assessment that you have asked me to conduct on Mr. Morrow, who has pleaded guilty in Federal Court to Sexual Exploitation of Children and Possession of Child Pornography.

Kelly Morrow was interviewed in the Attorney Room at the Metropolitan Detention Center in Los Angeles, on October 16, 19, 26; November 19; and December 24, 2015, for a total of 11 hours.  He was administered a large, objective psychological test, the Minnesota Multiphasic Personality Inventory-2 (MMPI) on October 17, 2015.

Kelly's former wife, Paula Bales, was interviewed telephonically for one hour on March 4, 2016.

A comprehensive social history on Kelly Morrow produced by Patrick Moore of John Brown & Associates on December 22, 2015, was read closely.

**Overview**

Although my interviews with Mr. Morrow produced a wealth of information, I found that there were many similarities between my notes and the comprehensive history produced by Patrick Moore of John Brown & Associates.  I thought that my contribution in this case would be optimal if I presumed the reader would have first digested Kelly Morrow's in-depth social history presented by Mr. Moore, and I would focus attention on what I believe to be the most relevant psychological features of Kelly's background.

Cases involving sex charges that pertain to children are alarming for all of us in the criminal justice system.  My report is an attempt to explain the experiences of Kelly Morrow's life and their psychological correlates that resulted in this 49-year old man standing before the Court.  I

U.S. v. Kelly Morrow, CR-15-00341-SJO-1
Page 2 of 11

do not provide this report as an excuse or to somehow diminish the serious nature of the acts that Mr. Morrow has pleaded to. I do, however, believe that the reader will be curious about the etiology of Kelly Morrow's torturous compulsions. I do not believe that Kelly was born with a disturbing, aberrant sexual orientation. Rather, a series of events, interactions, and dynamics in his life coupled with an almost 40-year history of drug and alcohol abuse -- that was employed by Kelly in an attempt to quiet the turmoil in his mind -- co-created over time a confused man who is deeply ashamed of the harm that he has caused. It is important to remember that this path began when Kelly was a child and continued through his teen years before he had any hope or expectation of generating a more mature, adult perspective on what he had experienced.

## Childhood

Kelly grew up in a household that was plagued with a vacuum in nurturance from his father. His dad, a simple man who worked as a furniture mover, drank excessively, and was unable to be affectionate with his four sons. He was extremely jealous and possessive of his young, attractive wife, who had her boys before her 21st birthday. Although Kelly has fond memories of some summer vacations with his family when he was very young, after his younger brother was born, his mother began to work outside the home, and his parents' relationship began to crumble. His father was unable to cope with the possibility that his wife might speak or interact with other men while she was not in his presence. His already heavy drinking increased, which led to a rapid escalation of the verbal wars between Kelly's mother and him.

Kelly's father, although unable to be physically affectionate with his sons, had no problems in rapping them with his knuckles or head butting them when his patience with their fairly normal "boy" behaviors expired. When Kelly tried to intervene, or even just interrupt his father's tirades against his mother, his father's rage would be directed at Kelly who would then receive a blow to his head. It seems that Kelly was the son who, because of his sensitive nature, was most motivated to attempt intervening in his parents' conflict.

One of the saddest chapters of Kelly's childhood began to unfold the summer when Kelly turned 10. His mother decided, capriciously, to escape her husband by disappearing from the household for several weeks with no one knowing her location. That autumn, despite the worsening of his parents' relationship, a new family home was under construction; this new residence had Kelly and his brothers very excited because this new edifice was large, in a better neighborhood, and would allow each brother to have his own bedroom. By December of 1976, the home was nearing completion, and Kelly and his brothers took a tour and became even more enthusiastic about what they expected was going to be a wonderful development in their childhood.

Then tragedy struck. Early in 1977, their parents abruptly separated. Kelly's younger brother went to live with their father at their uncle's house. Kelly, his twin brother, and older brother had to leave their old home and move into a small apartment with their mother. The new home, now finished, was sold to some other family. In a matter of a month, Kelly lost his old childhood residence, and the dream of the big new home was destroyed.

After his parents' separation, Kelly rarely saw his father. His mother, in Kelly's words, "had a second teenage period" and began to engage in a frantic, somewhat wanton, dating life. Kelly

U.S. v. Kelly Morrow, CR-15-00341-SJO-1
Page 3 of 11

remembers that his mother was rarely at home when she was not at work, and when she was home, she was entertaining a string of "biker-type" boyfriends. There was seldom any food in the refrigerator and the boys had to hustle to secure food. Supervision and nurturance were completing lacking. Kelly reports that he quickly got involved in drinking and daily marijuana ingestion. As he was turning 13, he and his twin found themselves arrested, in jail, for several breaking and entering incidents.

**Early Sexualization**

In the social history generated by Patrick Moore, his investigation focuses on Dr. M, a neighborhood doctor who was held in high regard by most of the parents in the area for being pleasant, caring about children, and respectable, and who seemingly had the time and motivation to lavish money and attention on the area youth, mostly young boys. What became clear in Mr. Moore's investigation was that Dr. M was a pedophile who preyed on these children who came from households with distracted, damaged, and unsuspecting parents.

It is noteworthy that Kelly did not initiate any material in his interviews with either Mr. Moore or this writer until he was confronted with the results of Mr. Moore's investigation into Dr. M and his inappropriate conduct with and sexual abuse of the neighborhood children. Kelly can recall one event of night-time massage at the hands of the doctor. He reports "not being able to remember how that night actually culminated", only that he wet the bed on that occasion. Kelly clearly remembers another event when he went for a drive in Dr. M's car when he sat on this man's lap while steering his car. Kelly recalls feeling Dr. M's erection which resulted in Kelly ceasing to ever be alone in Dr. M's presence again. Kelly believes that most of his interactions with Dr. M occurred when Kelly was between the ages of 9 and 13.

At around the age of 10, and continuing until he was almost 13, Kelly reports that he had at least 2 dozen sexual experiences with 3 other age-peer boys in his neighborhood. While none of these instances culminated in Kelly experiencing an ejaculation, Kelly remembers there being mutual masturbation and oral sex. He reports that while these sexual encounters happened with boys who were his friends, there seemed to him to be a strong line of demarcation between caring and nurturance, which were absent, and sexual activity.

It is highly likely that all of these 3 boys had been subjected to some form of sexual exposure with Dr. M. Although Kelly never witnessed any specific instances of sexual abuse by Dr. M with these boys, Kelly does recall that all 3 knew Dr. M and had participated with this man in taking rides in his car, spending time at his home, going to local restaurants with him, and attending the local YMCA with him for swimming pool experiences.

As Kelly entered his teenage years, he had already been sexualized which means he became focused on sexual themes and feelings through these pre-mature early sexual experiences when, developmentally, he had no psychological maturation that would assist him in processing the effects and meaning of these experiences. When this occurs in children, they are confused because there is no healthy psychological context that would allow them to structure the connection between loving and caring with sexuality. That connection becomes confused and

U.S. v. Kelly Morrow, CR-15-00341-SJO-1
Page 4 of 11

disoriented and typically interferes with normal development which couples sexuality with affection and attachment.

**Teenage Years**

After Kelly's arrest for his breaking and entering offenses, despite continuing to abuse alcohol and drugs, his period of property crimes stopped as "I got a wake-up call with being in jail", and he began to seek out and successfully manage a series of jobs despite his young age. His mother continued to have an active social life, but as she began to develop relationships with specific men, she seemed to be slightly more present in the home. Kelly believes that his mother recognized to some extent that she needed to increase her attention to what was going on in her sons' lives because she was embarrassed and alarmed with the trouble that her twins had gotten into.

Kelly began to have some sexual relationships with peer-aged girls, although he states that he concerned himself with "not allowing too much connection" because he cherished his freedom. He liked "having a good time" with these girls but felt no drive to make his activity with any of them exclusive or meaningful. He noticed that as he went through his teen years, occasionally he would become aware of some interest in young boys, although he stopped himself from doing anything behaviorally about these feelings. Kelly does remember feeling very guilty and ashamed for the sexual activity that he had previously experienced with his friends. "I was always worried that someone would find out and tell everyone that I was gay."

As Kelly went through high school, he continued to work, but on most weekends he "partied" and added Ecstasy (MDMA) and opiates to the alcohol and marijuana he had already been consuming regularly. Between the ages of 16 and 20, after being introduced to cocaine, he found ways to ingest it in a variety of forms. Because he was so exhausted from benders on the weekends, he rarely attended any of his classes on Mondays. Instead of graduating with his class, he simply segued into full-time employment. Later, at age 20, he easily passed his GED examination.

Throughout his teen years, he had almost no relationship with his father. His mother was distracted by her work-life and her dating activities. Several of her boyfriends moved in with Kelly, his mother, Kelly's twin, and younger brother. Kelly remembers that his mother would sometimes verbally tell him and his brothers that she loved them, but Kelly states that her absences and excessive drinking seemed to undermine her occasional expressions of affection.

Kelly did have a long-term friendship with Paula Bales that began when they were both in elementary school. Paula remembers Kelly as being kind, easy to be around, a good listener, and funny. She also remembers that his childhood home was chaotic and lacking in warmth compared to what she had experienced in her home. Unfortunately, for both Kelly and Paula, as they were about to begin high school, Paula moved with her mother to England, her mother's country of origin.

Kelly began his career, post-high school, by establishing himself as a dedicated hard worker whose energy and intelligence distinguished him as an excellent employee who could rapidly

U.S. v. Kelly Morrow, CR-15-00341-SJO-1
Page 5 of 11

expand his job skills and levels of responsibility. In his early career years, he was able to balance his partying with drugs and alcohol, with his work duties that quickly grew and expanded. One of the characteristics of the first 10 years of his employment history was that he geographically moved around the United States. His skillset was in demand, and his employers sent him on projects in various locations which prevented him from sinking roots in any community. There were always new challenges and responsibilities to master that seized his attention. His inner turmoil about his fleeting sexual thoughts about boys, and his lack of interest in becoming meaningfully attached to any woman, seemed to be glossed over by the adjustments he was forced to make in his career. Drugs and alcohol would quiet any anxiety or interrupt any reflection on what he would otherwise be feeling.

**Paula**

After high school, Paula had returned to Nebraska with her mother. Every now and then, when Kelly was in town, the two would see each other socially. It became clear to Paula that Kelly seemed to have wanderlust and loved to always be in motion. His drug use and "hard partying" was not to her liking, and the fact that his employment located him in far-flung locations meant that he was not "marriage material". Both Kelly and Paula, today, still recall that despite these objections and differences, during their times together they enjoyed the familiarity that their history provided them. They clearly liked each other but Paula over time grew weary of waiting for Kelly to show some evidence that he could settle down and commit to her. She began a serious relationship with another man, and in early 1993, was on the cusp of marrying Steve. At that point, Kelly flew into action and began to strongly court her begging her to call off the wedding. He promised her that he would restrict his heavy travel schedule and modulate his partying.

Two occurrences co-conspired to cause Paula and Kelly to unite, formally. First, Paula discovered that she was pregnant with their first child. Second, a few months later, Paula's mother suddenly died. Paula, in her interview, stated that her mother's death probably solidified her decision to be with Kelly. "We would have been parents of our daughter but there is some doubt that we would have married if not for me losing my mother when I did. Kelly was everything I could have asked for. He was sensitive and supportive of me like no one had ever been. He was wonderful. He took care of everything. He went out of his way to make everything as smooth as it could be given the circumstances of my mom's death." Paula states that she continued to have some reservations about Kelly's resolve to curtail his long established record of "partying" with alcohol and drugs. And, as it turned out, her concern about all of his traveling would also be well-placed. In the first 10 years of their marriage, the couple moved 15 times.

Paula and Kelly had three daughters in the course of 4 ½ years. Paula remembers that it was overwhelming to not just have to adjust to being parents of three young girls, but that the constant relocating for Kelly's jobs kept everything always on the verge of upheaval and chaos. Around 2000, Paula became concerned with Kelly's behavior and his lack of affection and minimal sexual interest in her so she  developed a plan for her own independence. She would attend school and acquire a career that would give her sufficient financial independence to raise her children by herself.

U.S. v. Kelly Morrow, CR-15-00341-SJO-1
Page 6 of 11

Despite the problems in their marriage, Paula reports that Kelly was "the most fantastic father that any mother could ask for." He was always responsive and attentive to the needs of their daughters. He would go out of his way, despite his busy schedule at work, to attend school functions, coach his daughters in their athletic pursuits, and be "the funniest, most engaged" chaperone on any outing with their children and their peers. Paula reports that this dichotomy between her marriage, which had a distinct void, and her joy at seeing her daughters enjoying such an interactive fully invested father, was painful to her and left her confused and concerned.

**Collapse**

In 2000, much to Paula's delight, Kelly "settled down" in terms of his career by taking a job that found him grounded in the Phoenix area. All the family moves ended and roots could now be established. However, Kelly quickly became disenchanted. The nature of his job, more supervisory than ever before, and less "hands-on", was not to his liking. He grew restless being centrally located without the excitement of moving from job site to new job site. His use of

crystal methamphetamine, which had replaced the cocaine of his younger days, escalated. At night, Kelly would stay up, under the influence, watching and collecting child pornography (CP). Although deeply ashamed of and troubled with this compulsive coupling of meth and CP, he could not seem to break the cycle.

By 2005, Paula was moving toward her decision to formally leave Kelly. His methamphetamine use had increased to the point where he could no longer manage his work responsibilities with his drug use. He began to miss important meetings and his supervisors warned him that he had to drastically alter his conduct. In May of 2005, his employer suspended him and told him he could not return until he was rehabilitated from drugs. Paula served him with divorce papers but delayed moving out. Kelly spent months at home drinking and using methamphetamine while waiting for an opening in a drug rehab facility. By the time he entered a 90-day inpatient program, his boss notified him that he was terminated. At the end of his treatment program, Kelly reports that he was terribly depressed and not committed to remaining abstinent. Kelly remembers that during his treatment, there had been no revelation of his CP use and its connection with his serious drug abuse.

Upon his release in late 2005, Paula had moved out with their daughters and Kelly found himself alone and hopeless. Despite this upheaval in his life, he had still made no connection between the events of his childhood and their effect on his psychological anguish. He now reflects on his mindset at that time in his life. He felt only shame and guilt for his interest in looking at CP *without understanding its origin*. The only way he could mitigate these uncomfortable and disorienting feelings was to abuse drugs and alcohol. His abstinence from alcohol lasted one month after his completion of his rehab program; he resumed methamphetamine use after two months.

U.S. v. Kelly Morrow, CR-15-00341-SJO-1
Page 7 of 11

**2006 to 2015**

Kelly would remain in the Phoenix area for the next 2 years. He would find a way to balance, to some degree, his compulsion with CP and meth, and his ability to find and keep a new job. He sought out, as he had three previous times in his adult life, some psychiatric medication to address his pronounced depression. However, his drinking and methamphetamine use were not disclosed to the physicians and the mood elevators produced little relief; Kelly ceased their use after a few months.

In 2008, his oldest daughter confronted her father about some of his behaviors. Not having any sort of explanation either for her or himself, he became even more distraught. He was deeply ashamed that his image of respect and admiration -- that his daughter had always maintained for him -- had been injured without him having any way to address it directly. In a matter of months, he elected to take a position that would re-locate him to Asia on a long and challenging project.

Over the course of the next 7 years, Kelly was immersed in several large construction endeavors in China and Malaysia. At this point, in different cultures where poverty and family disruption were more common than in the United States, Kelly began to act out his interest in young boys. He would continue to locate sources for methamphetamine even while abroad. Kelly would become involved in the local cultures that surrounded his construction projects. It seemed natural for him to provide nurturance, attention, amenities and experiences to boys with unstable or underprivileged home lives. Most of these relationships Kelly formed with these boys focused on nurturance. Kelly now reflects on how fulfilled he felt in that he was able to provide "fathering" for these boys that were in such difficult situations. There is a striking similarity between Kelly's early abuse at the hands of Dr. M and Kelly's behavior to the victims in this case. Kelly, like many victims of sexual abuse replicated the conditions of his own abuse with these young boys and he became the very thing that he abhorred.

Kelly points out that he was wrong in every instance where he committed a "boundary violation" and had some form of sexual interaction with a boy. He admits that his compulsion, although fixated mainly on his ability to provide a loving environment, free of any form of coercion, was illegal and harmful the second that anything sexual took place. He now understands that, just like himself with Dr. M, these vulnerable boys were not of an age where they had the means of exercising informed consent for anything sexual. They did not possess the psychological maturity to fully understand and accept the psychological results of sexual activity, especially with an adult. Although it was his intention to provide only loving nurturance and connection with a caring adult for these boys, he is deeply ashamed of the turn these relationships took, and he realizes and accepts that he did, in fact, injure these boys and cause them harm.

Prior to this assessment and the interviews with Mr. Moore and his lawyers, Kelly Morrow had never connected his own history of early sexualization and contact with Dr. M as having anything to do with his adult attraction to young boys. It was during the course of my contact with Kelly that he finally, after all of these years, and all of the damage that he has caused to others he professed to love, accepted that he desperately requires focused treatment for not only his illegal activity with children and CP, but also, his early damaging sexual conditioning. While

U.S. v. Kelly Morrow, CR-15-00341-SJO-1
Page 8 of 11

this experience of self-assessment has been illuminating, and even hopeful to a degree, he now struggles with the mounting awareness of the degree to which his life has been adversely affected by his unconscious choice to treat his disturbed and damaged experience of sex with copious amounts of drugs and alcohol in an attempt to keep his distress and anguish at bay.

**Testing**

Kelly Morrow was administered the MMPI because it is an objective test that provides excellent data for subjects, especially in cases that involve a criminal defendant. The MMPI is the most widely administered, most widely researched psychological test in the world. It is criterion-validated, which means that Kelly's profile of scores is compared with a large database of profiles for individuals with detailed histories and in-depth psychological evaluations. Mr. Morrow produced a valid profile. This means that he did not exaggerate the scope of his psychological problems nor did he attempt to deny that he has conflicts. He was not deceptive in his approach to the test.

Kelly Morrow produced a profile on the MMPI characteristic of a man who has bottled up his feeling states. Despite a deep reservoir of emotional material, he does not have ready access to those feelings, and has managed them by keeping them out of his awareness with drug use that blocks any possible pathways to him being conscious of their depth and power to influence his behavior. This pattern is routinely seen in adults who had childhoods that were replete with experiences that were impossible to accommodate and adjust to. To avoid being overwhelmed and completely disabled, a pattern of avoidance and denial is created. These damaged adults lived in homes that were devoid of the usual nurturance and attachment from parents to children, which resulted in the children suppressing their feelings, *and not learning how to manage them.* Modeling of successful expression and management of affective material was absent. Either the parents were abusing drugs and/or they were absent from the home and the children were left without even the bare minimum of supervision. In order to develop sufficient resilience to cope in the adult world, these unloved children would learn to ignore and suppress naturally occurring feelings of pain and the lack of adequate parental love.

It is important to point out that this is the worst possible environment for a child who was the victim of sexual abuse as they would have no means of revealing their abuse because the home environment was incapable of managing and therapeutically addressing any type of pronounced disturbance caused by emotional harm or injury.

Kelly has a fairly high degree of emotional reserve in that he carefully, without thinking and realizing what he is doing, keeps himself unaware of what upsets him lest he be overwhelmed by the power of what is buried deep inside his psyche. His profile demonstrates that drugs and alcohol have, unfortunately, been a means of assisting him in this approach of ignoring most "feeling" information about his life. This was a pattern that was constructed in childhood as the only strategy for surviving his early experiences.

Kelly is not an aggressive individual. If he is angry with people, he would normally act out by disappointing the expectations of others, frequently causing a pattern of self-destruction because

U.S. v. Kelly Morrow, CR-15-00341-SJO-1
Page 9 of 11

he loses sight of his "best interests" in the service of avoiding his disappointments, upsets, and frustrations. This is commonly referred to a passive-aggressive personality.

He is deeply sensitive to the threat of personal rejection. Although he is plagued with an extraordinary hunger for love and acceptance, he is largely unaware of how this may motivate his choices and behavior.

**Summary**

Kelly Morrow was the victim of early sexualization as a child through his experiences both with Dr. M and his sexual conduct with his neighborhood peers, who, in all likelihood, had also been sexualized by an adult, quite possibly the same Dr. M. Unfortunately, the psychological environment of his family home was an atmosphere that was largely devoid of parental love and nurturance. Because this early sexualization, and quite possibly, more pronounced sexual abuse at the hands of Dr. M, not yet available for memory retrieval by Kelly, he has been unable to understand how these experiences damaged his development of the normal connection between sex and loving attachment.

Further complicating the clinical picture for Kelly was that during adolescence, he mitigated and attempted to insulate himself from his deeply buried emotional reservoir through his heavy use of drugs and alcohol. This pattern of drug use, which continued throughout his adult life, interfered with the production of any useful understanding of how he was damaged so that he could begin a healing process to counteract this damage.

Kelly's compulsion to look at CP, and his eventual sexual behavior with boys, was an unfortunate but highly predictable result of his early abuse, his lack of any meaningful parental assistance, his inability to come to terms with and seek treatment for his victimization, and his long-term substance abuse as a way to cope with the trauma. Now, his victims, like him, would be sexualized at a pre-mature age without a means of pairing their sexual experiences with healthy love and meaningful attachment with a peer.

Kelly had no means as a youth to address how he had been damaged. His parents were too consumed with their own dysfunction and addictions to provide him with an atmosphere in which he could afford to be vulnerable and reveal the source of his confusion and disturbance. They couldn't even see that he was being victimized. As a young teenager, he rapidly realized that if he was going to survive and address some of his other developmental tasks, he would have to ignore his feeling states and concentrate on building a successful career. This goal he accomplished despite the warning signs, as typified by his pronounced drug and alcohol use, that something was dreadfully wrong. Kelly learned the hard lesson that many sexual abuse victims learn. It is better to bottle up the fear, anger and trauma rather than to be seen as a weak or injured victim and risk further violation.

Children who are untreated for early sexualization and sexual abuse, routinely and unconsciously, attempt to heal themselves in many situations. Because of Kelly's deficient home life as a child and teenager, he was at even more at risk of having his adult behavior, at some point in his life, corrupted by his confused feelings about sexuality and attachment/loving,

U.S. v. Kelly Morrow, CR-15-00341-SJO-1
Page 10 of 11

which is what has happened here.  Without access to the reservoir of pain and suffering caused by the confusion of his early sexualization, Kelly would seek to fashion situations where he could provide for others what he desperately missed out on when he was a child.  He became consumed with his compulsion to be the loving father that he wished he would have had.

Unfortunately, because of the childhood damage to him, which he did not understand, as the root of this compulsion, he confused sex with love and created more victims of the same abuse he had endured.

There is hope for Kelly Morrow.  He is quite intelligent and hard-working.  Incarceration will serve as a containment instrument while treatment, hopefully, ensues.  As I mentioned earlier, this assessment process has begun to open his eyes, and he is beginning to connect his need to deeply invest in treatment, with a better life for himself in the future as the goal, thus freeing him from his anguish and confusion.  Being vulnerable is not easy for him, but I've witnessed a profound change in him over the course of several months of interviews.  He's begun to embrace the idea that healing is possible if he becomes more aware of his feeling states, and that getting better can happen in a manner in which he can heal himself without damaging others or himself. After a lifetime of abusing drugs, he will finally begin to access some of the disturbing feelings that he has always sought to keep at bay.  With sobriety, the difficult process of treatment and healing can successfully move forward.

This is a sad case.  First, because there are now other victims.  Second, other victims now exist because Kelly, a victim before he was a perpetrator, never received treatment in a timely manner for what he experienced as a child.  I believe that if this cycle would have been interrupted earlier Kelly would not be facing a long prison sentence for his conduct that damaged other children.

Paula Bales, Kelly's childhood friend, his former wife, and the mother of his three young adult daughters, became emotional during her conversation with me when she discussed the fact that Kelly's three girls were going to terribly miss their father while he remains incarcerated.  She voiced her sadness over the fact Kelly's behavior would now mean that their daughters would not have their father in their lives in order to share special events and milestones.  "Despite all of what he has done, his girls still love him and need him in their lives.  His contribution to raising them has much to do with their early successes in their histories.  He always seemed to know what to say, how to listen to them, and how to comfort them.  They will miss that terribly.  I wish that he could have figured things out before all of this happened.  He has so much to give and is so wonderful in the way in which he loves his girls.  They have been and will continue to be better for having Kelly as their father."

U.S. v. Kelly Morrow, CR-15-00341-SJO-1
Page 11 of 11

If the Court, the Assistant United States Attorney, or your office has questions about my assessment of Kelly Morrow, please do not hesitate to contact me.

*Jeffrey W. Whiting, Ph.D.*


Jeffrey W. Whiting, Ph.D.
Psychologist (California State License PSY 7853)
Member, American College of Forensic Psychology National Register of Health Service Psychologists