# EXHIBIT 2

Luana Unger
514 Lane A
Hastings, Ne 68901
402-984-5224

John Brown & Associates
3302 S Grand Avenue
Los Angeles, Ca 90007

Attn: Patrick Moore

Re: Kelly Morrow

December 2015

To Whom It May Concern:

I am Kelly's mother. I have four boys, Kelly being the third born, three minutes after his twin brother, Brian. I retired in 2012 after owning my own business for the previous twelve years. I was married very young to the boys' father, we divorced in 1979. Kelly was 12 at the time. Unfortunately their father was not active in the boys' lives. I was a single mom with virtually no child support. The court system did not enforce collection like they do today. I worked a lot of hours to keep them in tennis shoes and food on the table.

The boys were on their own a lot but always managed to get to school every day and graduate. Kelly was a very popular young man and the alpha in his relationship with Brian. He has always had strong ties with the friends he made through his grade school and high school years, still strong today. In fact he was in love with Paula, his ex-wife, since the third grade. He is a very strong, intelligent man. His success is due to his strong will and conscientiousness for perfection. He is self taught, he started working in the golf course construction business on a shovel around 20 years old. He paid attention to every detail and learned from his mentors. He moved up through the ranks with pure determination and skill, learning to run all the heavy equipment, read the blue prints and progress through the ranks to his present position of Project Manager for Jack Nicholas courses and many others. He has provided a good life for his children, although absent, for the last few years, which was hard for us all. Although half way around the world he never missed a graduation and very few Christmas's. His daughters, his ex-wife, his brothers, his friends and loved ones will never leave his side, our love is unconditional! I know this incarceration is hell for him as he has such an adventurous soul. His remorse for his choices runs deep in his veins.

I must say that this tragedy blindsided me as a mother! He is such a loving, giving, compassionate, caring person. He has given much more than he could ever possibly

*receive in return. He tells me he plans to take college classes, if incarcerated, and will not idle and waste away. He stays to himself in the facility he is in to avoid confrontations and the affects.*

*I pray with all my heart you will see the good in my son and not just his addiction. Addiction is such a painful misunderstood disease. We pray you take mercy on my son, he knows it is wrong but incarceration is not the answer, intervention and treatment for addiction is the answer. We as a family are devastated to say the least. His daughters are strong but miss him terribly, as we all do.*

*My prayers everyday are that I live long enough to see my son free to be with his family again, before I die, I am 68 years old. Please have mercy on this man, my son. He is a fine man.*

*Respectfully*

*Luana Unger*
*MOM*

To Who It May Concern,

My name is Chloe Morrow and I am Kelly's second of three daughters. I am twenty years old and currently enrolled full-time as a junior at Arizona State University studying Philosophy, Religion, and Society. I work part-time as a caregiver as well. I am aware of the allegations against Kelly concerning sexual misconduct.

My relationship with Kelly has always been strong, from the time I was a child and even to this day I have held Kelly's opinions and approval to high regards. He has always been one of my biggest supports and has encouraged me to follow any dreams that I have. Kelly has always been a source of my inspiration from his travels and volunteerism in impoverished countries. When I graduate I aim to follow his footsteps and make a life of traveling and helping others. Kelly has a compassionate, sensitive, and driven character. Despite hard times he has always been the rock in our family. He is hardworking and never allows obstacles to get in his way. Obviously due to Kelly living overseas our family has had some degree of distance but that hasn't affected the relationship I have had with Kelly. It just forced us to cherish the time we did have together and do our best to maintain our relationship while apart. It would be extremely difficult for me to have Kelly be serving a protracted term imprisoned, nor do I think it would be beneficial to Kelly.

Shortly after my parents split when I was in the fifth grade, I learned about Kelly's constant struggle with substance abuse and I recently had the reaffirmed with recent events; however I feel that the past five or so months with sobriety has allowed Kelly to develop a clear-headed perspective and experience remorse for his mistakes. He has realized how drastically his mistakes have altered his life and the life of his loved one's and that in itself it a terribly source of pain for Kelly. Kelly often speaks of going to school for his PhD, which makes me incredible proud and encouraging. I think this will truly benefit him and will give him an upper-hand in possibly become a productive and withstanding member of society once again. Ideally, although punitive, I strong affirm that a sentence that allowed Kelly a chance for redemption and to enter society again, before too much time has passed would be most beneficial for Kelly. Kelly still has a lot to offer the world and those who surround him, despite his mistakes and struggle with addiction. Kelly realizes the severity of his actions and the consequences that may follow and he holds himself accountable to this; however Kelly would most benefit being releases under certain conditions, in order to allow him to have involvement in mine and my sisters' lives as we transition into adulthood and work on better himself while working toward redeveloping his relationships that were hindered through his mistakes. Kelly's mistakes do not define his character and he deserves an opportunity to serve a retributive sentence and still earn redemption in life outside of prison.

I cannot imagine my life without my Dad's presence and it is surreal to witness his struggles and acknowledge the possible outcome. My hurt aches to know that Kelly might not be able to watch me reach so many of my milestones and I strongly believe his absence will be detrimental to my life, my family's life, and most definitely Kelly's life. With a correctional sentence that allows rehabilitation and redemption for Kelly, I think he has undeniable potential to learn from his makes and re-enter society with success, especially considering the immense and unconditional support system Kelly has from our family outside of prison.

Sincerely,

Chloe Morrow

To whom it may concern,                                          November 22, 2015

This letter is from Dawn and Kevin Hinrichs and we have been married for 23 years and we have 3 children. 2 are in college and one works for the Army. Dawn has worked as a nurse since 1997 at our local VA and also has been in the Navy for 13 years as a Hospital Corpsman. Kevin Hinrichs works for Charter Communications and has been there 16 years. We are pretty simple people who live to spend time with family and friends. We are writing this letter on behalf of Kelly Morrow.

We have known Kelly since we were in Junior High but Dawn really got to know Kelly when she was 21 years old when we were dating. Kelly was in our wedding and we have maintained a valuable friendship all these years. Kevin and Kelly grew up together and he has always been kind and considerate.  We both have always known and felt that in any time of need Kelly would get our back. We consider him family. We are aware of the allegations against Kelly but it doesn't change the fact that the Kelly Morrow we know is genuine; he has integrity and a giver to society. He would give anyone the shirt off his back and we 100% believe this. As a friend, he is the meaning of the word. Kelly is a brother to us. As a father, we do know that his children adore him and he has always made sure his family is taken care of even while he is away working.  Kelly Morrows character is to care for everyone. He is compassionate and gets satisfaction in helping others. He is a giver and by no means a taker. The allegations against him are disturbing and very confusing and shocking and he needs help but the Kelly Morrow we know has learned from his mistakes and his remorse will continue until the day he dies. We pray Kelly doesn't serve time for too long due to his children not only loving and adoring their father but they need him. His relationship with his girls is something to be desired. There are so many fathers out there that don't care for their children and Kelly is definitely not one of them! He loves his girls more than anything and for them, if Kelly were to go away for a long time we believe could be detrimental to them. They are young adults and need their father. We agree Kelly needs to pay for his mistakes but we do feel this has already begun. He will pay for a lifetime in or out of prison. He is too kind hearted to not let his guilt plague him for an eternity.  Kelly James Morrow is an asset to society as a whole and a very valuable asset to his family and friends. Yes, he made a huge mistake but we guarantee he has learned from it!


Sincerely,

Kevin Hinrichs

Dawn Hinrichs

November 17, 2015

To Whom It May Concern:

My name is Mackenzie Morrow. I am the oldest of three daughters born October 23, 1993 to Paula Bales and Kelly Morrow. I am a recent first time homebuyer in Surprise, Arizona where I reside with my boyfriend of 2 ½ years and work full time at Banner Thunderbird Medical Center as a Cardiac Progressive Care Registered Nurse. In my spare time, I enjoy volunteering and donating my time and resources in ways I see to benefit others. A few of these activities that I particularly enjoy are providing first aid to the homeless in downtown Phoenix and involvement in the Dedicated Heart Failure Team at my workplace where I am an active member educating staff on how to better care for patients with heart failure. I am writing this letter as a character reference for my father, Kelly Morrow who is facing allegations concerning sexual misconduct.

My relationship with Kelly extends beyond a typical father-daughter bond. A large degree of my passion for nursing stems from the compassion and selflessness my dad modeled for my sisters and I. When I was a sophomore in high school, I struggled to find my place or purpose and often times felt that I did not fit in with my peers. When Kelly accepted the job offer to build golf courses overseas in China, it was difficult for me to imagine not having my dad involved in my everyday life. Although we were 6,400 miles apart, my dad and I maintained a close relationship that flourished over the years. I found a tremendous amount of encouragement and inspiration through my dad, especially at this time in my life. Regardless of the unimaginable culture shock he endured, far from family, submersed in a new culture, Kelly never failed to make the most out of unfortunate circumstances. He taught English at a school in Beijing, sponsored children orphaned by HIV/AIDS, participated in volunteer work camps in impoverished areas in Asia, and was a well-respected leader on his golf course project. I remain in awe today of the number of people who have been impacted by my dad's kindness, generosity, and selflessness. It was the way he lived out his life by loving those around him that inspired and fueled my passion to become a nurse.

Kelly's character is unique to anyone that I have ever met. He is hard working and determined, yet compassionate and understanding. He has a huge heart for people and serving. Growing up, I cannot think of a team sport that I played that my dad wasn't the coach. Throughout middle school, Kelly would volunteer for school field trips with my class. He was never like any of the other chaperons on the field trips, in fact, my teachers always loved having him chaperon because he would be the only parent on the bus who would tell jokes and entertain the kids who were otherwise rowdy! One of my fondest memories with my dad and sisters growing up was partaking in leading Sunday school at our local church every week. By the example my father set, serving others in my community has also become an act that I cherish and value tremendously.

When my parents divorced when I was in the 6th grade, I became aware of my dad's substance abuse and alcohol addiction. Prior to the end of my parent's marriage, I had no awareness of the struggles my dad endured on a day-to-day basis. Within the same year, my dad sought treatment for his addiction. Loosing his marriage, his job, and his grandmother within the same period of

time, it was a very difficult time for the whole family. My dad's resilience is one of his greatest attributes. He never fails to pick himself back up and encourages and inspires those around him.

The court proceedings have been very difficult for Kelly and the entire family. I believe just like the loss of his marriage and job, he has again hit rock bottom. This situation paints a devastating picture of the reality and tragic result of addiction. I believe that Kelly has learned from his mistakes and recognizes the repercussion of his actions. With a sober state of mind, I believe that he has had time to reflect on his actions and where his addiction has led him.

A sentence that includes a lengthy term of imprisonment would be absolutely devastating for the entire family, including Kelly.  Personally, accepting a reality that I will not have my dad walk me down the isle at my wedding, potentially never spending another Christmas as an entire family, and my future children never knowing their grandfather would be a living nightmare. I fully support a sentence that is punitive, but allows Kelly to have a life outside of custody where he can one day redeem himself and again take part as a beneficial role in society.


Thank you for taking the time to read my character reference for Kelly Morrow.

Sincerely,

Mackenzie Morrow

"We all have big changes in our lives that are more or less a second chance." - *Harrison Ford*

November 18, 215

To Whom It May Concern:

My name is Paula Bales. I am writing this character reference letter for my ex-husband who is facing charges concerning sexual misconduct. I was married to Kelly Morrow for 12 years and am the mother of his three daughters; Mackenzie, Chloe and Mayson. I work for Brookfield Global Relocation Services. I have been employed as a Real Estate Specialist for over 13 years. I manage inventory properties coast to coast for major corporations.

I met Kelly in the 1st grade.  Much of my childhood memories include Kelly. We trick or treated together as children, attended school dances and walked to and from school together.  Kelly and I got married August 28, 1993. A few months before our wedding my mother suddenly passed away. This was a very difficult time for me as I was pregnant with Mackenzie, her first grandchild. Kelly was my rock of support during this time.  The day of my mother's funeral there was a severe thunderstorm and flooding. People were stuck in their vehicles due to the flooding. Kelly didn't hesitant to offer assistance. He drove all over town picking up people who were stuck in their vehicles and driving them to the funeral.  During the first eight years of our marriage, we moved 16 times due to Kelly's jobs in the golf course industry. Even though Kelly was extremely busy building his career he always made time for his family. He attended all school activities and volunteered at the schools and churches we attended.

Kelly and I divorced in October 2005. I filed for divorce due to Kelly's substance abuse and alcohol addiction. Kelly did seek out treatment for his addictions.  Shortly after Kelly came out of treatment he received a job offer to build golf courses overseas. Even after our divorce we remained close friends. Kelly called me to discuss his job offer and he was torn between taking this great career opportunity and leaving his daughters. The bond and love between Kelly and our daughters grew tighter during his time overseas.

The last 6 months since Kelly has been detained has been a very difficult time for our entire family and Kelly. I understand there needs to be consequences for Kelly's actions but a lengthy prison sentence would be devastating to my daughters and family.

Thank you for taking the time to read my letter.

Sincerely,

Paula Bales

11/21/15

To Whom it may concern:

My name is Brian Morrow, I recently moved my family to Gilbert AZ. from Lincoln NE. to provide more opportunity for both personal and professional growth and to spend time with my brother and his family.

I am happily married 23 years to my wife Staci and we have been blessed with two daughters Haley and Grace ages 17 and 12.

I am passionate about my work and family. I have been registered 28 years Harley Davidson Master Technician. Spent the last 25 years at the same dealership before moving to "motorcycle mecca" to finish my career. I'm currently at Desert Winds H-D in Mesa AZ.

I am writing today on behalf of my twin brother Kelly James Morrow. I cannot express the grief and sorrow I feel about the loss of relationship as it was and would have been. As a twin brother it's hard to accept his obvious short comings in morality, deviant behavior and poor judgement, but I have and I will continue to help my brother with unconditional love and support without judgement.

Kelly and I learned to take care of ourselves at a young age due to our parents divorce at age 12. Kelly is and always was the most generous, kind and outspoken advocate for the less fortunate. He has always been a hardworking man and acceled in his career, rising to the top of his profession with respect from his industry peers in Golf Course Construction. This work took him away from his family and friends over the last 10 years. Kelly has been a great father to his 3 daughters who love him dearly. They all are in College and will be contributing and compassionate members of our society.

Kelly knows that his behavior was wrong and makes no excuses whatsoever. He is remorseful and accepts his fate knowing the severe consequences. He has and will continue to try and understand his behavior and seek counseling and treatment.

I know in my heart that he is a good man. I wish that we could show all his good. I want you to know that he will have the love and support to succeed after serving

his sentence.  He deserves a 2nd chance to continue his life as a Father, Son, Uncle and Brother.


Sincerely,


Brian Morrow

11/19/15

To Whom it may concern:

I am writing this letter in reference to Kelly J. Morrow whom I have known

for 30 yrs or better,  which 23 of those yrs I have been married to his twin brother

Brian.  My name is Staci Morrow.  I am a Dental Assistant and have been in
Dentistry for 25 yrs. I am currently a stay at home mom. Brian and I have 2
daughters Haley (17) and Grace (12)

Our girls love Uncle Kelly very much. We have actually moved to AZ this past May.
One of the main reasons was to be closer to Kelly and his girls. You see Kelly was
going to be coming back to the states as soon as his job was completed. Finally he
was able to continue his line of work here in the US.  The Golf Course
Construction business had taken him away and it was finally bringing him back.

Under the circumstances we still are not able to be with Kelly.  Kelly feels very
remorseful and sorry for his actions. He is an extremely caring, giving and loving
person.

  Kelly has a strong sense of duty which applies to his family. He has always been
the financial support for his daughters.  I know Kelly will do whatever it takes to
get the opportunity to get his life back so he can return to work to help his
daughters get through college.  Brian and I are willing to help any way we can as
far as a place to live and be with him every step of the way through counseling
and rehabilitation.

Kelly has a future filled with a very loving family and support system.  He has a lot
of friends that are rallying for him as well. He is a good person that I truly believe
can move on from this and live a clean healthy lifestyle.  We need him in our lives.

Sincerely,


Staci Morrow

To whom it may concern,

My name is Nick L. Gutierrez.   I live in Lincoln, Nebraska.   I am married and
have been for 17 years.   My wife Carrie and I have twin 17-year-olds, one boy and
one girl.   I also have two older kids from another marriage.   I own my own tile
installation business ad own our home.   I am aware of the charges against Kelly
Morrow.   I have known Kelly Morrow and his family since 1978.   We grew up in
Hastings, Nebraska and were friends throughout school.   Then kind of lost touch.
Brian Morrow and Kelly went on with their lives.   Mine took me in a different
direction.   But through the years whenever we would cross paths, we still
remained friends.   Kelly is just that type of person.   If you are a friend, you are a
friend for life and he would do anything for you.   Kelly brought his girls back to
Lincoln for a Morrow get-together at his brother Brian's house.   That's where he
met my family for the first time.   Kelly and my daughter and wife because great
friends, which says a lot.   My daughter and wife are hard to impress and both were
really heartbroken when I told them about Kelly.   We are still in contact with
Kelly's twin brother Brian and his wife Staci and are concerned with Kelly's
choices.

I realize Kelly has made a bad choice in his life, like many do, but I feel basically a
life sentence is not required.   Does he need to be punished?   Yes.   But not to the
extent of taking his future away, a future of seeing his three beautiful daughters
marry, have children of their own, and to not be a part of his brother and sister-in-
law's life, which is a big part of the reason Brian and Staci moved to Arizona.   So
Kelly could be a part of their lives again. I hope we can ride together again and
continue to stay in contact.

Thank you for your consideration and time.

Nick L. Gutierrez

November 18, 2015

To Whom It May Concern:

My name is Christy Hoffmeyer and I live in Trumbull Nebraska with my husband of 26 years. I am employed at Richard Alexander Law Office in Hastings Nebraska as a receptionist/secretary since January 2006.

I have known Mr. Kelly Morrow for many years since attending high school together in Hastings Nebraska beginning in the year 1982. We have shared many happy times together and with family over the years. Kelly has been a good friend; he is intelligent, generous, trustworthy, hardworking, charitable, and a very caring person. He is very proud of his family and has worked very hard to be a major provider in the home for his ex-wife and three daughters.

I believe that Kelly is remorseful. I do not feel that he would be a threat to any person. He is a very ambitious person and I know that he will do anything required of him for rehabilitation. I pray that you see that Kelly is a kind, caring, gentle person and show mercy in his sentence. His daughters need him in their everyday life.

Thank you for taking time to read this letter. Please be lenient to him on behalf of his family and friends.

Christy Hoffmeyer
Christy Hoffmeyer

11/22/15

To whom it may concern,

I am a full time Nurse for Midlands Area Agency on Aging. I have been working in this job for the past year and a half and prior to that I worked 15 years as a certified Psychiatric Nurse. I have known Kelly Morrow for about 35 years. We Met in our adolescence and were best friends ever since. I am aware of the sexual innuendo of the accusations against Mr. Morrow. Kelly has always been a supportive person in my life. He is the kind of person who would give you the shirt off his back. He stayed with me several times between jobs when we were younger and was very helpful to me and my children. He was always appropriate with my children and with me. He cared for my children and played with them with no misconduct. Kelly has always been a productive person in our society. He has worked on an ongoing basis and been very supportive of his wife and children. These proceedings have been very humiliating for Kelly and he would never want to hurt or inconvenience anyone. It has also been a very emotionally stressful and costly  hardship on his Mother. It would benefit his family, especially his children for him to be able to continue to lead a productive life so he can continue to support his children in their educational endeavors and for their emotional wellbeing. It is my opinion that Kelly has learned from his error and would not be of any sort of danger to society. He has been a valuable member of society and of his family and friends and no one will benefit from his incarceration, but his family will suffer greatly as will he. Please consider leniency in this case, not just for Kelly but for his family. They are the victims in this case.


Margaret Foote
738 N. Briggs ave.
Hastings, NE. 68901
402-705-1858