EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
ROBYN K. BACON (Cal. Bar No. 251048)
Assistant United States Attorneys
Deputy Chief, General Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4667
     Facsimile: (213) 894-3713
     E-mail:    robyn.bacon@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 15-341-SJO |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION TO VACATE RESTITUTION HEARING; DECLARATION OF ROBYN K. BACON |
| v. | |
| KELLY JAMES MORROW, | |
| Defendant. | |

The government hereby applies ex parte for an order vacating the restitution hearing in the above matter currently scheduled for October 3, 2016.

//
//
//
//
//
//
//

This *ex parte* application is based on the attached declaration of Robyn K. Bacon.

Dated: September 27, 2016

Respectfully submitted,

EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division


        /s/
ROBYN K. BACON
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2

**DECLARATION OF ROBYN K. BACON**

I, Robyn K. Bacon, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in this case.

2. On July 29, 2016, the parties appeared before the Court for sentencing in this matter. At that time, the government requested that the Court set a restitution hearing no more than 90 days in the future in order to allow the government to identify any victims who might be seeking restitution from defendant Kelly James Morrow. The Court set a hearing for Monday, October 3, 2016.

3. The government has conducted its inquiry and determined that there are no victims seeking restitution. Accordingly, the government is requesting that the Court vacate the restitution hearing.

4. On September 27, 2016, Elizabeth Mullins, counsel for defendant, confirmed by email that defendant has no objection to vacating the restitution hearing date.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on September 27, 2016.

/s/
_____
ROBYN K. BACON