1 | **Law Offices of David Michael Cantor, P.C.**
One E. Washington Street, Suite 1800
2 | Phoenix, Arizona 85004
Telephone: (602) 307-0808
3 | Facsimile: (602) 255-0707
**Joey Hamby SBN #15775**
4 | **Elizabeth Mullins SBN#25315**
j.hamby@dmcantor.com
5 | e.mullins@dmcantor.com
Attorneys for Defendant

6

7                    UNITED STATES DISTRICT COURT

8              FOR THE CENTRAL DISTRICT OF CALIFORNIA

9

10   United States of America,                 Case No.: CR 15-341-SJO

              Plaintiff,
11

12        v.                              DEFENDANT'S RESPONSE TO
                                          GOVERNMENT'S APPLICATION TO
                                          VACATE RESTITUTION HEARING
   Kelly James Morrow,
13

              Defendant.
14

15

16        Defendant, by and through undersigned counsel, has no objection to the Government's

17   application to vacate the restitution hearing currently scheduled for October 3, 2016 at 9:00

18   a.m.

19

20        **RESPECTFULLY SUBMITTED** this 27th day of September, 2016.

21                                        /s/Elizabeth Mullins
                                          **Elizabeth Mullins**
22                                        Law Offices of David Michael Cantor, P.C.
                                          1 East Washington St., Suite 1800
23                                        Phoenix, Arizona 85004

24

25

**Certificate of Service**

I hereby certify that on this date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing:

Honorable S. James Otero
United States District Judge
Central District of California

Robyn Bacon
Assistant United States Attorney

By: _____